

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 24, 2023

**By ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

# MEMO ENDORSED

Re:   *United States of America v. Heidi Hong Piao*,
       23 Civ. 04027 (ER)

Dear Judge Ramos:

This Office represents the United States of America (the "Government") in the above-referenced action. I write respectfully pursuant to this Court's Electronic Case Filing Rule 21.7(b) to request that the Court seal the original complaint the Government filed in this action and the exhibits thereto, filed on May 15, 2023, Dkt. No. 1. The reason for this request is that the version of Exhibit 3 that was attached to the initial complaint, Dkt. No. 1-3, contains personal identifiable information that was inadvertently not redacted before filing.

Upon discovering this error shortly after filing the complaint, I contacted the Court's ECF Help Desk to request that Exhibit 3 be temporarily sealed, which was done. In addition, as advised by the ECF Help Desk, I re-filed the complaint and exhibits, with a properly redacted version of Exhibit 3. *See* Dkt No. 4.

I thank the Court for its attention to this matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s/ Elizabeth J. Kim
ELIZABETH J. KIM
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2745
E-mail: Elizabeth.Kim@usdoj.gov

The application to permanently seal Exhibit 3 to the complaint, Doc. 1-3, is granted.
SO ORDERED.

*Edgardo Ramos, U.S.D.J.*
Dated: 5/25/2023
New York, New York

cc: Heidi Hong Piao (via Email and First-Class Mail)