UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
             :
UNITED STATES OF AMERICA,
             :
           Plaintiff,
             :
      - against -                          **CONSENT JUDGMENT**
             :
HEIDI HONG PIAO,                     23 Civ. 4027 (ER)
             :
           Defendant.
-------------------------------------------------------------x

      WHEREAS, plaintiff the United States of America (the "United States") commenced this action by filing a complaint on May 15, 2023, and defendant Heidi Hong Piao (the "defendant") duly waived service of the summons and complaint on her;

      WHEREAS, the United States has agreed to accept the principal sum of $197,064.00, plus interest and late-payment penalties in the amount of $43,915.57, accrued pursuant to the terms listed in the complaint, for a total debt of $240,979.57 as of July 30, 2024, and continuing to accrue until the date of judgment herein at the rate of 7 percent per annum; with interest to accrue from the date of judgment at the determined Treasury post-judgment interest rate computed daily and compounded annually plus late-payment penalties accruing from the date of judgment at a rate of 6 percent per annum, as settlement in full accord and satisfaction thereof;

      WHEREAS, defendant agrees that the United States will submit this debt to the U.S. Department of the Treasury for inclusion in the Treasury Offset Program, through which any federal payment the defendant would normally receive may be offset and applied to this debt;

      WHEREAS, the parties wish to achieve an amicable resolution of the case;

      NOW, on the signed consent of the United States and the defendant, it is hereby ORDERED, ADJUDGED, and DECREED that the United States have and recover of the

THIS DOCUMENT CONSISTS OF __2__ PAGES,
EACH INITIALED BY THE AFFIANT/ACKNOWLEDGER.

HHP

defendant the principal sum of $197,064.00; together with interest and late-payment penalties under 31 U.S.C. §§ 3717(a)(1) and (e)(2) totaling $240,979.57 as of July 30, 2024, plus interest accruing under 31 U.S.C. § 3717(a)(1) from July 30, 2024, until the date of entry of this judgment, and interest accruing under 28 U.S.C. § 1961(a) after the date of entry of this judgment, plus late-payment penalties accruing after July 30, 2024, pursuant to 31 U.S.C. § 3717(e)(2).

Agreed and Consented to:
Dated: New York, New York
August 20, 2024

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
*Attorney for the United States of America*

By: /s/ Elizabeth J. Kim
ELIZABETH J. KIM
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2745
Email: elizabeth.kim@usdoj.gov

Sworn to before me this
___ day of  19 AUG 2024, 2024

James Cutchin
Vice Consul

HEIDI HONG PIAO
Defendant, *pro se*
560 W. 43rd Street, #33H
New York, NY 10036
Email: hwgpark2016@gmail.com
Telephone: (917) 855-7071

People's Republic of China )
Municipality of Beijing       ) SS:
Embassy of the United       )
States of America             )

SO ORDERED:

_____
HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

August 21, 2024
New York, New York

2